# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

October 24, 2007

Southern District of Ohio (Columbus)
United States District Court
301 Joseph P. Kinneary
United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

RE: Exceptional Innovation, LLC v Kontron America, Inc

You are hereby notified that the above entitled case was on 10/17/07 transferred from the Southern District of Ohio (Columbus) to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Larry A. Burns and the Honorable William McCurine, Jr, and on all future filings please show the case number as 07CV2041-LAB-WMc.

W. Samuel Hamrick, Jr.
Clerk of Court

By:       L Odierno
        Deputy Clerk