UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEPTIONAL INNOVATIONS, LLC, | Case No. 07cv2041 LAB (WMc) |
| Plaintiff, | **ORDER RE: MAGISTRATE JUDGE RECUSAL** |
| v. | |
| KONTRON AMERICA, INC., | |
| Defendants. | |

Magistrate Judge William McCurine, Jr. hereby recuses himself from the above entitled action and requests that another Magistrate Judge be assigned.

Magistrate Judge Leo S. Papas (LSP) is assigned.

**IT IS SO ORDERED.**

DATED: November 13, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD