1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  ELIZABETH A. MITCHELL [SBN 204853]
   emitchell@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Defendant and Counter-Claimant
   KONTRON AMERICA, INC.

7

8                 UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  EXCEPTIONAL INNOVATION, LLC,         CASE NO. 07CV2041 LAB(LSP)

           Plaintiff,                    **EX PARTE APPLICATION FOR APPROVAL
12                                        OF SUBSTITUTION OF ATTORNEYS OF
        vs.                               KONTRON AMERICA, INC.**
13
    KONTRON AMERICA, INC.,               Honorable Larry Alan Burns
14                                        Ctrm:          9
           Defendant.                     Action Filed:  June 27, 2007
15

16  KONTRON AMERICA, INC.,

17         Counter-Claimant,

18  v.

19  EXCEPTIONAL INNOVATION, LLC,

20         Counter-Defendant.

21

22

23

24

25

26

27

28

On October 17, 2007, this case was transferred to this District from the United States District Court for the Southern District of Ohio. Defendant and Counter-Claimant Kontron America, Inc. hereby requests that the Court approve the substitution of the law firm of Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone no. (619) 231-0303, facsimile no. (619) 231-4755 as its counsel of record in this matter in the place and stead of Squire, Sanders & Dempsey, LLP.

DATED: November 19, 2007            KONTRON AMERICA, INC.

By: _____
JACK WALKER
Manager, Programs and Contracts

I hereby consent to the above substitution.

DATED: November __, 2007            SQUIRE, SANDERS & DEMPSEY, LLP

By: _____
JESSICA D. GOLDMAN
PHILOMENA M. DANE
Previous Attorneys for Defendant and Counter-Claimant KONTRON AMERICA, INC.

I accept the above substitution.

DATED: November __, 2007            SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
NORMAN L. SMITH
ELIZABETH A. MITCHELL
New Counsel of Record for Defendant and Counter-Claimant KONTRON AMERICA, INC.

1    On October 17, 2007, this case was transferred to this District from the

2  United States District Court for the Southern District of Ohio.  Defendant and

3  Counter-Claimant Kontron America, Inc. hereby requests that the Court approve

4  the substitution of the law firm of Solomon Ward Seidenwurm & Smith, LLP, 401 B

5  Street, Suite 1200, San Diego, California 92101, telephone no. (619) 231-0303,

6  facsimile no. (619) 231-4755 as its counsel of record in this matter in the place and

7  stead of Squire, Sanders & Dempsey, LLP.

8  DATED: November ___, 2007        KONTRON AMERICA, INC.

9

10                                          By: _____
                                                 JACK WALKER
11                                               Manager, Programs and Contracts

12        I hereby consent to the above substitution.

13  DATED: November 20, 2007         SQUIRE, SANDERS & DEMPSEY, LLP

14

15                                          By: _____
                                                 JESSICA D. GOLDMAN
16                                               PHILOMENA M. DANE
                                                 Previous Attorneys for Defendant and
17                                               Counter-Claimant KONTRON AMERICA,
                                                 INC.
18

19        I accept the above substitution.

20  DATED: November ___, 2007         SOLOMON WARD SEIDENWURM & SMITH, LLP

21

22                                          By: _____
                                                 NORMAN L. SMITH
23                                               ELIZABETH A. MITCHELL
                                                 New Counsel of Record for Defendant
24                                               and Counter-Claimant KONTRON
                                                 AMERICA, INC.

25

26

27

28

On October 17, 2007, this case was transferred to this District from the United States District Court for the Southern District of Ohio. Defendant and Counter-Claimant Kontron America, Inc. hereby requests that the Court approve the substitution of the law firm of Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone no. (619) 231-0303, facsimile no. (619) 231-4755 as its counsel of record in this matter in the place and stead of Squire, Sanders & Dempsey, LLP.

DATED: November ___, 2007          KONTRON AMERICA, INC.


By: _____
JACK WALKER
Manager, Programs and Contracts


I hereby consent to the above substitution.

DATED: November __, 2007          SQUIRE, SANDERS & DEMPSEY, LLP


By: _____
JESSICA D. GOLDMAN
PHILOMENA M. DANE
Previous Attorneys for Defendant and Counter-Claimant KONTRON AMERICA, INC.


I accept the above substitution.

DATED: November 19, 2007          SOLOMON WARD SEIDENWURM & SMITH, LLP


By: _____
NORMAN L. SMITH
ELIZABETH A. MITCHELL
New Counsel of Record for Defendant and Counter-Claimant KONTRON AMERICA, INC.

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On November 20, 2007, I served a copy, including all exhibits, if any, of the following document(s):

**EX PARTE APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS OF KONTRON AMERICA, INC.**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☒    **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐    **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐    **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒    **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

☐    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on November 20, 2007, at San Diego, California.

_____
Sonja Wicker

P:00400642.2:07553.034                              1                              07CV2041
PROOF OF SERVICE

1

**PROOF OF SERVICE LIST**

2   Nelson M. Reid                           Philomena M. Dane

    Sommer L. Sheely                  SQUIRE, SANDERS & DEMPSEY, LLP

3   Bricker & Eckler LLP               1300 Huntington Center

    100 South Third Street             41 South High Street

4   Columbus, OH  43215             Columbus, Ohio  43215

    Tel: 614-227-2300                 Tel: (614) 365-2700

5   Fax: 614-227-2390                Fax: (614) 365-2499

    nreid@bricker.com                pdane@ssd.com

6

    Attorneys for Plaintiff EXCEPTIONAL     Ohio Attorneys for Defendant KONTRON

7   INNOVATION, LLC                   AMERICA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28