NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
ELIZABETH A. MITCHELL [SBN 204853]
emitchell@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant and Counter-Claimant
KONTRON AMERICA, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEPTIONAL INNOVATION, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KONTRON AMERICA, INC., <br><br> Defendant. | CASE NO. 07CV2041 LAB(WMc) <br><br> **DECLARATION OF ANTHONY T. HALLETT IN SUPPORT OF KONTRON AMERICA, INC.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE JURISDICTION** |
| KONTRON AMERICA, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> EXCEPTIONAL INNOVATION, LLC, <br><br> Counter-Defendant. | Honorable Larry Alan Burns <br> Ctrm:            9 <br> Action Filed:  June 27, 2007 |

I, Anthony T. Hallett, declare:

1. I am a Product Manager with Defendant and Counter-Claimant Kontron America, Inc. ("Kontron"). I have held that position since approximately May 2006. Previously, from October 2000 through May 2006, I was an Internal Sales Engineer with Kontron. I have knowledge of the facts below from my personal knowledge or based on my review of Kontron's books and records. I make this Declaration in support of Kontron's Response to the Court's Order To Show Cause Re Jurisdiction.

P:00317834.2                                                                                                       07CV2041

### Exceptional's Founding Member Introduces Exceptional To Kontron

2.     In late 2004, Plaintiff and Cross-Defendant Exceptional Innovation, LLC ("Exceptional") expressed an interest in purchasing products from Kontron, specifically certain component parts that would be integrated into Exceptional's products.

3.     Over a period of several months, Kontron and Exceptional discussed each other's products and services. I participated in many of these discussions and meetings, some of which took place in person at Kontron's offices in San Diego County, California.

4.     At one meeting between Kontron and Exceptional in early 2005 that I attended, Exceptional gave Kontron a presentation regarding its business. Exceptional's Seale Moorer told the story of how he founded Exceptional and put his team together.

5.     During that meeting, and throughout the business relationship between Kontron and Exceptional, Mr. Moorer held himself out to be a founder, partner and member owner of Exceptional.

### Exceptional's Only Two Members Reside in Ohio or Florida, and Not in California

6.     Mr. Moorer told me that he splits his time between living in Ohio and Florida. I am informed and believe that Mr. Moorer resides in either Ohio or Florida and resided in either Ohio or Florida at the time that Kontron filed its counter-claim against Exceptional in August 3, 2007.

7.     Mr. Moorer told me that Eric Eichensehr was someone whom Mr. Moorer brought into Exceptional. I am informed and believe that Mr. Eichensehr is a member owner of Exceptional as well.

8.     I am informed and believe that Mr. Eichensehr resides in Delaware County, Ohio and resided there at the time that Kontron filed its counter-claim against Exceptional.

9.     In my experience, Exceptional holds Mssrs. Eichensehr and Moorer out as its owners and management. For example, the only two persons listed on Exceptional's website as "partners" are Mssrs. Eichensehr and Moorer. (A true and correct copy of a .pdf entitled "Backgrounder" that is linked on Exceptional's website under the "About EI"

1  link and identified as "Corporate Backgrounder" at www.exceptionalinnovation.com/
2  about_ei.php is attached to this declaration as Exhibit A.)
3      10.   Exceptional started purchasing products from Kontron in 2005. There is
4  currently an outstanding principal balance exceeding $210,000 that Exceptional owes to
5  Kontron for products that Kontron shipped to Exceptional and invoiced in November
6  2006, December 2006 and January 2007. Kontron's counter-claim arises mainly out of
7  these unpaid invoices.
8      11.   To summarize, based on my knowledge and experience with Exceptional
9  over the years, Exceptional is an Ohio Limited Liability Company, with its principal place
10 of business in Delaware County, Ohio. To the best of my knowledge, information and
11 belief, Exceptional has only two members, specifically, Mssrs. Eichensehr and Moorer,
12 both of whom reside in either Ohio or Florida.
13     12.   Kontron is a Delaware corporation, with its principal place of business in
14 San Diego County, California.
15     I declare under penalty of perjury under the laws of the United States of America
16 that the foregoing is true and correct and was executed this 20TH day of November, 2007
17 at San Diego, California.

ANTHONY T. HALLETT