| | |
|---|---|
| 1 | Vladimir Belo (State Bar No. 192217) |
|   | vbelo@bricker.com |
| 2 | Bricker & Eckler |
|   | 100 South Third Street |
| 3 | Columbus, OH 43215-4291 |
|   | Telephone: 614-227-2300 |
| 4 | Facsimile: 614-226-8812 |
| 5 | |
|   | Jeffrey Wertheimer (State Bar No. 120378) |
| 6 | jwertheimer@rutan.com |
|   | Christopher Heikaus Weaver (State Bar No. 231907) |
| 7 | cheikausweaver@rutan.com |
|   | RUTAN & TUCKER, LLP |
| 8 | 611 Anton Boulevard, Fourteenth Floor |
|   | Costa Mesa, California 92626-1931 |
| 9 | Telephone: 714-641-5100 |
|   | Facsimile: 714-546-9035 |
| 10 | |
|    | Attorneys for Plaintiffs |
| 11 | EXCEPTIONAL INNOVATION LLC |



FILED
07 NOV 30 AM 1:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KLH  DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EXCEPTIONAL INNOVATION LLC | Case No. 3:07-CV-02041-LAB-LSP |
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| KONTRON AMERICA, INC., | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Brickler & Eckler hereby associates Rutan & Tucker, LLP, and Jeffrey Wertheimer and Chris M. Heikaus Weaver of that office, 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626, telephone (714) 641-5100, fax (714) 546-9035, as co-counsel on behalf of Plaintiff

1  Exceptional Innovation LLC.  Please add the newly associated firm to your service
2  list and to all correspondence.

3                                            Respectfully submitted,

4  Dated: November 28, 2007       BRICKER & ECKLER

5                                            By: _____

6                                               Vladimir Belo

7

8  Dated: November 28, 2007       RUTAN & TUCKER, LLP
                                               JEFFREY WERTHEIMER

9                                                CHRISTOPHER HEIKAUS-WEAVER

10                                            By: _____ for

11                                               Jeffrey Wertheimer

12                                            Attorneys for Plaintiff
                                           EXCEPTIONAL INNOVATION LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On November 28, 2007, I served on the interested parties in said action the within:

**NOTICE OF ASSOCIATION OF COUNSEL**

by placing a true copy thereof in sealed envelopes addressed as stated below:

| | |
|---|---|
| Elizabeth Ann Mitchell, Esq.<br>Solomon Ward Seidenwarm and Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101 | Attorneys for Defendant and Counter-Claimant Kontron America, Inc. |
| Philomena M. Dane, Esq.<br>Squire Sanders & Dempsey<br>1300 Huntington Center<br>41 S. High Street, Suite 1300<br>Columbus, OH 43215 | Attorneys for Defendant and Counter-Claimant Kontron America, Inc. |

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelopes in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelopes were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 28, 2007, at Costa Mesa, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Linda Cauble
(Type or print name)

(Signature)

2335/026480-0001
866081.01 a11/28/07