UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEPTIONAL INNOVATION, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KONTRON AMERICA, INC.,<br><br>　　　　Defendant.<br><br>KONTRON AMERICA, INC.,<br><br>　　　　Counter-Claimant,<br><br>v.<br><br>EXCEPTIONAL INNOVATION, LLC,<br><br>　　　　Counter-Defendant. | CASE NO. 07CV2041 LAB (LSP)<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEYS OF KONTRON AMERICA, INC.**<br><br>Honorable Larry Alan Burns<br>Ctrm:　　　9<br>Action Filed:　June 27, 2007 |

　　　The Court has considered Defendant and Counter-Claimant Kontron America, Inc.'s unopposed *Ex Parte* Application For Approval Of Substitution Of Attorneys ("Application") and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that the Application is granted and the law firm of Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone no. (619) 231-0303, facsimile no. (619) 231-4755 is substituted in as Defendant

/ / /

/ / /

1 | and Counter-Claimant Kontron America, Inc.'s counsel of record in this matter in the place
2 | and stead of Squire, Sanders & Dempsey, LLP.
3 |     IT IS SO ORDERED
4 | DATED: December 6, 2007

By: *[signature: Larry A. Burns]*
HONORABLE LARRY ALAN BURNS
United States District Court Judge