1  Vladimir Belo (State Bar No. 192217)
   vbelo@bricker.com
2  Bricker & Eckler
   100 South Third Street
3  Columbus, OH 43215-4291
   Telephone: 614-227-2300
4  Facsimile:  614-226-8812

5

6  Jeffrey Wertheimer (State Bar No. 120378)
   jwertheimer@rutan.com
7  Christopher Heikaus Weaver (State Bar No. 231907)
   cheikausweaver@rutan.com
   RUTAN & TUCKER, LLP
8  611 Anton Boulevard, Fourteenth Floor
   Costa Mesa, California 92626-1931
9  Telephone: 714-641-5100
   Facsimile:  714-546-9035
10
   Attorneys for Plaintiff
11 EXCEPTIONAL INNOVATION LLC

12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14
                          SOUTHERN DIVISION
15

| EXCEPTIONAL INNOVATION LLC | Case No. 3:07-CV-02041-LAB-LSP |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL VLADIMIR BELO IN PLACE OF NELSON MARLIN REID** |
| KONTRON AMERICA, INC., | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Vladimir Belo of Bricker & Eckler, 100 South Third Street, Columbus, OH 43215-4291, hereby appears **in place of Nelson Marlin Reid** of the same firm on behalf of Plaintiff Exceptional Innovation LLC, as its attorney of record in addition to Jeffrey Wertheimer and Christopher Heikaus

2335/026480-0001
869039.01 a12/10/07                    -1-

1 | Weaver of the law firm of Rutan & Tucker, LLP, previously associated herein, with
2 | respect to all matters in the above-entitled action.
3 |     Accordingly, all future notices and papers relating to the above-entitled
4 | action should be addressed to Vladimir Belo of Bricker & Eckler, and Jeffrey
5 | Wertheimer and Christopher Heikaus Weaver of Rutan & Tucker, LLP, as
6 | attorneys for Plaintiff Exceptional Innovation, LLC

Respectfully submitted,

Dated: December 10, 2007

BRICKER & ECKLER

By: _____
Vladimir Belo
Attorneys for Plaintiff
EXCEPTIONAL INNOVATION LLC