Vladimir P. Belo (State Bar No. 192217)
vbelo@bricker.com
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215-4291
Telephone: 614-227-2300
Facsimile: 614-227-2390

Jeffrey Wertheimer (State Bar No. 120378)
jwertheimer@rutan.com
Christopher Heikaus Weaver (State Bar No. 231907)
cheikausweaver@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
EXCEPTIONAL INNOVATION, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| EXCEPTIONAL INNOVATION, LLC | Case No. 3:07-CV-02041-LAB-LSP |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL VLADIMIR P. BELO IN PLACE OF NELSON MARLIN REID** |
| KONTRON AMERICA, INC., | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Vladimir P. Belo of Bricker & Eckler LLP, 100 South Third Street, Columbus, OH 43215-4291, hereby appears **in place of Nelson Marlin Reid** of the same firm on behalf of Plaintiff Exceptional Innovation LLC, as its attorney of record in addition to Jeffrey Wertheimer and Christopher Heikaus Weaver of the law firm of Rutan & Tucker, LLP, previously associated

1 herein, with respect to all matters in the above-entitled action.

2     Accordingly, all future notices and papers relating to the above-entitled
3 action should be addressed to Vladimir P. Belo of Bricker & Eckler LLP, and
4 Jeffrey Wertheimer and Christopher Heikaus Weaver of Rutan & Tucker, LLP, as
5 attorneys for Plaintiff Exceptional Innovation, LLC.

6                                       Respectfully submitted,

7 Dated: December 11, 2007         BRICKER & ECKLER LLP

8                                       By:    s/ Vladimir P. Belo
9                                           Vladimir P. Belo
                                            Counsel for Plaintiff
10                                          and Counter-Defendant
                                         EXCEPTIONAL INNOVATION LLC
11                                          E-mail: vbelo@bricker.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **PROOF OF SERVICE**

I am employed in the County of Franklin, State of Ohio. I am over the age of 18 and not a party to the within action; my business address is Bricker & Eckler LLP, 100 South Third Street, Columbus, Ohio 43215-4291.

On December 11, 2007, I served the following described as:

**NOTICE OF APPEARANCE OF COUNSEL VLADIMIR P. BELO IN PLACE OF NELSON MARLIN REID**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Elizabeth A. Mitchell, Esq.<br>Solomon Ward Seidenwurm & Smith, LLP<br>Wells Fargo Plaza<br>401 B Street<br>Suite 1200<br>San Diego, California 92101<br>Tel: (619) 238-4828<br>Fax: (619) 615-7928<br>***Attorneys for Defendant and Counter Claimant***<br>***KONTRON AMERICA, INC.*** | Jeffrey Wertheimer, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626-1998<br>Tel: (714) 641-5100<br>Fax: (714) 546-9035<br>***Co-Counsel for Plaintiff and Counter-Defendant***<br>***EXCEPTIONAL INNOVATION, LLC*** |

[X]  **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Columbus, Ohio in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above, or on the attached service list, on this date before 5:00 p.m.

[ ]  **(BY OVERNITE EXPRESS)** I caused such envelope to be delivered by OverNite Express to the offices of the addressees

[ ]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on December 11, 2007, at Columbus, Ohio.

s/ Vladimir P. Belo
Co-Counsel for Plaintiff
and Counter-Defendant
EXCEPTIONAL INNOVATION, LLC
E-mail: vbelo@bricker.com