| | |
|---|---|
| 1 | NORMAN L. SMITH [SBN 106344] |
|   | nsmith@swsslaw.com |
| 2 | ELIZABETH A. MITCHELL [SBN 204853] |
|   | emitchell@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
|   | 401 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 231-0303 |
| 5 | Facsimile: (619) 231-4755 |
| 6 | Attorneys for Defendant and Counter-Claimant |
|   | KONTRON AMERICA, INC. |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

EXCEPTIONAL INNOVATION, LLC,

    Plaintiff,

vs.

KONTRON AMERICA, INC.,

    Defendant.

---

KONTRON AMERICA, INC.,

    Counter-Claimant,

v.

EXCEPTIONAL INNOVATION, LLC,

    Counter-Defendant.

CASE NO. 07CV2041 LAB (LSP)

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On March 31, 2008, I served a copy, including all exhibits, if any, of the following document(s):

**JOINT MOTION FOR PROTECTIVE ORDER; AND PROTECTIVE ORDER**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☐ **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

☒ **(BY E-MAIL)** This document was transmitted by E-MAIL transmission and the transmission was reported as complete and without error.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on March 31, 2008, at San Diego, California.

*Sandra S. Wilde*
Sandra S. Wilde

**PROOF OF SERVICE LIST**

Vladimir Belo
Bricker & Eckler LLP
100 South Third Street
Columbus, OH  43215
Tel: 614-227-2300
Fax: 614-226-8812
vbelo@bricker.com

Attorneys for Plaintiff EXCEPTIONAL INNOVATION, LLC

Jeffrey Wertheimer
Christopher Heikaus Weaver
Summer Young Anriesti
Rutan & Tucker, LLP
611 Anton Blvd., Fourteenth Flor
Costa Mesa, CA  92626-1931
Tel:  714-641-5100
Fax:  714-546-9035
Jwertheimer@rutan.com
cheikausweaver@rutan.com

Attorneys for Plaintiff EXCEPTIONAL INNOVATION, LLC