**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>EXCEPTIONAL INNOVATIONS</u>    v. <u>KONTRON AMERICA</u>    No. <u>07-2041-LAB(LSP)</u>

<u>HON. LEO S. PAPAS</u>    <u>CT. DEPUTY J. JARABEK</u>    <u>Rptr._____</u>

<u>Attorneys</u>

<u>Plaintiffs</u>    <u>Defendants</u>

Joint Motion for Protective Order (Doc. # 19) is GRANTED.

DATED: April 1, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge