Vladimir Belo (State Bar No. 192217)
vbelo@bricker.com
Bricker & Eckler
100 South Third Street
Columbus, Ohio 43215-4291
Telephone:  614-227-2300
Facsimile:  614-226-8812

Jeffrey Wertheimer (State Bar No. 120378)
jwertheimer@rutan.com
Summer Young Agriesti (State Bar No. 232883)
syoung@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Plaintiff and Counter-Defendant
EXCEPTIONAL INNOVATION, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEPTIONAL INNOVATION, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>KONTRON AMERICA, INC.,<br><br>  Defendant.<br><hr>AND RELATED CROSS-ACTIONS. | Case No. 3:07-CV-02041-LAB-LSP<br><br>**NOTICE OF APPEARANCE OF COUNSEL SUMMER YOUNG AGRIESTI IN PLACE OF CHRISTOPHER M. HEIKAUS WEAVER** |

Summer Young Agriesti of Rutan & Tucker, LLP, 611 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-1931 (syoung@rutan.com), hereby appears **in place of Christopher M. Heikaus Weaver** of the same firm on behalf of Plaintiff and Counter-Defendant Exceptional Innovation, LLC as its attorney of record in addition to Jeffrey Wertheimer of the law firm of Rutan & Tucker, LLP, previously associated herein, with respect to all matters in the above-entitled action.

Accordingly, all future notices and papers relating to the above-entitled action should be addressed to Jeffrey Wertheimer and Summer Young Agriesti of Rutan &

1 | Tucker, LLP as attorneys for Plaintiff and Counter-Defendant Exceptional Innovation,
2 | LLC.

3 | Dated: April 1, 2008

RUTAN & TUCKER, LLP
JEFFREY WERTHEIMER
SUMMER YOUNG AGRIESTI

By: _____
Summer Young Agriesti
Attorneys for Plaintiff and Counter-
Defendant EXCEPTIONAL
INNOVATION, LLC

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Rutan & Tucker, LLP, 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On April 1, 2008, I served the following described as:

**NOTICE OF APPEARANCE OF COUNSEL SUMMER YOUNG AGRIESTI IN PLACE OF CHRISTOPHER M. HEIKAUS WEAVER**

on all parties identified for Notice Of Electronic Filing generated by the Court's CM/ECF system in this case on this date in the following manner:

Elizabeth A. Mitchell, Esq.
Solomon Ward Seidenwurm & Smith, LLP
Wells Fargo Plaza
401 B Street
Suite 1200
San Diego, California 92101
Tel: (619) 238-4828
Fax: (619) 615-7928
*Attorneys for Defendant and Counter Claimant*
*KONTRON AMERICA, INC.*

Vladimir P. Belo, Esq.
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215-4291
Tel: (614) 227-8885
Fax: (614) 227-2390
*Co-Counsel for Plaintiff and Counter-Defendant*
*EXCEPTIONAL INNOVATION, LLC*

[✓]   **(BY ELECTRONIC SERVICE)** by causing the document to be served via the Court's ECF Filing System.

[✓]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on April 1, 2008, at Costa Mesa, California.

Michelle Perciavalle
(Type or print name)                                     (Signature)

332/026480-0001
897106.01 a04/01/08