1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  ELIZABETH A. MITCHELL [SBN 204853]
   emitchell@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California  92101
   Telephone:  (619) 231-0303
5  Facsimile:  (619) 231-4755

6  Attorneys for Defendant and Counter-Claimant
   KONTRON AMERICA, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  EXCEPTIONAL INNOVATION, LLC,            CASE NO. 07CV2041 LAB (LSP)

12               Plaintiff,

13          vs.                             **PROOF OF SERVICE**

14  KONTRON AMERICA, INC.,

15               Defendant.

16  KONTRON AMERICA, INC.,

17               Counter-Claimant,

18  v.

19  EXCEPTIONAL INNOVATION, LLC,

20               Counter-Defendant.

21

22          I, the undersigned, declare:

23          I am employed in the County of San Diego, State of California.  I am over the age of
    18 years and not a party to this action.  My business address is Solomon Ward Seidenwurm
24  & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

25          On April 3, 2008, I served a copy, including all exhibits, if any, of the following
    document(s):
26
    **KONTRON AMERICA, INC'S ANSWER TO PLAINTIFF EXCEPTIONAL**
27  **INNOVATION, LLC'S FIRST AMENDED COMPLAINT AND FIRST AMENDED**
    **COUNTERCLAIM**
28

---

P:00400642.2:07553.034                        1                              07CV2041
                                    PROOF OF SERVICE

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☐     **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐     **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐     **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒     **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

☒     **(BY E-MAIL)** This document was transmitted by E-MAIL transmission and the transmission was reported as complete and without error.

☒     **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on April 3, 2008, at San Diego, California.

_Sandra S. Wilde_
Sandra S. Wilde

**PROOF OF SERVICE LIST**

1

2  Vladimir Belo
   Bricker & Eckler LLP
3  100 South Third Street
   Columbus, OH  43215
4  Tel: 614-227-2300
   Fax: 614–227-2390
5  vbelo@bricker.com

6  Attorneys for Plaintiff EXCEPTIONAL
   INNOVATION, LLC
7
   Jeffrey Wertheimer
8  Summer Young Anriesti
   Rutan & Tucker, LLP
9  611 Anton Blvd., Fourteenth Flor
   Costa Mesa, CA  92626-1931
10 Tel:  714-641-5100
   Fax:  714-546-9035
11 Jwertheimer@rutan.com
   sanriesti@rutan.com
12
   Attorneys for Plaintiff EXCEPTIONAL
13 INNOVATION, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28