Vladimir Belo (State Bar No. 192217)
vbelo@bricker.com
Bricker & Eckler
100 South Third Street
Columbus, Ohio 43215-4291
Telephone:  614-227-2300
Facsimile:  614-226-8812

Jeffrey Wertheimer (State Bar No. 120378)
jwertheimer@rutan.com
Anna Kogan (State Bar No. 172320)
akogan@ruran.com
Summer Young Agriesti (State Bar No. 232883)
syoung@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Plaintiff and Counter-Defendant
EXCEPTIONAL INNOVATION, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| EXCEPTIONAL INNOVATION, LLC, | Case No. 3:07-CV-02041-LAB-LSP |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF COUNSEL SUMMER YOUNG AGRIESTI** |
| KONTRON AMERICA, INC., | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

Summer Young Agriesti requests that she be removed as attorney of record for Plaintiff and Counter-Defendant Exceptional Innovation, LLC with respect to all matters in the above-entitled action. Anna Kogan, of the law firm of Rutan & Tucker, LLP, has replaced Mrs. Young Agriesti and will, in addition to Jeffrey Wertheimer who has previously associated in, act as counsel of record for Plaintiff and Counter-Defendant Exceptional Innovation, LLC. Accordingly, please remove Mrs. Young Agriesti from your e-service list and ensure that future notices and papers relating to the above-entitled

1  action are not sent to Mrs. Young Agriesti, but rather Anna Kogan and Jeffrey
2  Wertheimer.

3  Dated: July 24, 2008                    RUTAN & TUCKER, LLP

                                           By: _____
                                           Summer Young Agriesti
                                           Attorneys for Plaintiff and Counter-
                                           Defendant EXCEPTIONAL
                                           INNOVATION, LLC

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Rutan & Tucker, LLP, 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On July 24, 2008, I served the following described as:

**NOTICE OF REMOVAL OF COUNSEL SUMMER YOUNG AGRIESTI**

on all parties identified for Notice Of Electronic Filing generated by the Court's CM/ECF system in this case on this date in the following manner:

| | |
|---|---|
| Elizabeth A. Mitchell, Esq.<br>Solomon Ward Seidenwurm & Smith, LLP<br>Wells Fargo Plaza<br>401 B Street<br>Suite 1200<br>San Diego, California 92101<br>Tel: (619) 238-4828<br>Fax: (619) 615-7928<br>*Attorneys for Defendant and Counter Claimant*<br>*KONTRON AMERICA, INC.* | Vladimir P. Belo, Esq.<br>Bricker & Eckler LLP<br>100 South Third Street<br>Columbus, Ohio 43215-4291<br>Tel: (614) 227-8885<br>Fax: (614) 227-2390<br>*Co-Counsel for Plaintiff and Counter-Defendant*<br>*EXCEPTIONAL INNOVATION, LLC* |

[ ] **(BY ELECTRONIC SERVICE)** by causing the document to be served via the Court's ECF Filing System.

[✓] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on July 24, 2008, at Costa Mesa, California.

_____        *Michelle Perciavalle* (Signature)
Michelle Perciavalle
(Type or print name)

332/026480-0001
897106.01 a05/16/08