**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>EXCEPTIONAL INNOVATIONS</u>      v. <u>KONTRON</u>                    No. <u>07-2041-LAB(LSP)</u>

<u>HON. LEO S. PAPAS</u>        <u>CT. DEPUTY J. JARABEK</u>         <u>Rptr.</u>
                                      <u>Attorneys</u>
         <u>Plaintiffs</u>                                         <u>Defendants</u>

Case settled.  Plaintiff's/Defendant's counsel to submit papers within <u>   30   </u> days.

A Settlement Disposition Conference will be held in this case on <u>September 30, 2008</u>, at <u>4:00 p.m.</u>, in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and <u>a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time</u>.  If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas <u>at least one court day before</u> the date indicated above, to explain the reasons therefor.  <u>Monetary sanctions shall be imposed for failure to comply with this order</u>.

The Settlement Conference set for <u>August 27, 2008</u> at <u>9:00 a.m.</u> is vacated.


DATED:  August 20, 2008

                                          _____
                                          Hon. Leo S. Papas
                                          U.S. Magistrate Judge